UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.  04-60038-CR-DIMITROULEAS

   Plaintiff,

vs.

DELVIN MCKINNEY,

   Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant, Delvin McKinney's undated[1] Motion to Reset Judgment [DE-154], and the court, having denied the Motion For New Trial on March 25, 2008 [DE-149], notes that McKinney apparently reviewed a copy of the order on April 7 or 8, 2008.  The Motion to Reset Judgment [DE-154] is Denied as Moot.  McKinney may forthwith file his Notice of Appeal.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] Filed on April 14, 2008.

Copies furnished to:

Delvin McKinney, #30720-018
c/o USP McCreary
PO Box 3000
Pine Knot, NY 42635

Julia Vaglienti, AUSA