UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  04-60038-CR-DIMITROULEAS

    Plaintiff,

vs.

DELVIN MCKINNEY,

    Defendant.
_____/

**O R D E R**

    THIS CAUSE is before the Court on a review of the docket.  It appears that DE-144 was denied in case number 08-60300-CIV, but not indicated in the court file.  Also DE-145 is a duplicate-file of DE-144.  Wherefore, DE-144 and DE-145 are Denied as Moot.  This is an administrative order.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of June, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Delvin McKinney, #30720-018
c/o USP McCreary
PO Box 3000
Pine Knot, NY 42635

Julia Vaglienti, AUSA